AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| AlmondNet, Inc. and Intent IQ, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> Viant Technology, Inc., Viant Technology LLC, and Lockr, Inc. <br><br> *Defendant(s)* | Civil Action No. 25-cv-566-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lockr, Inc.
c/o Incorp Services, Inc.
131 Continental Drive Suite 301
Newark, DE 19713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _____05/08/2025_____

CLERK OF COURT

/s/ *Joel Morales*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-00566-UNA

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lockr, Inc
was received by me on *(date)* 05/08/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jennifer Shaw , who is designated by law to accept service of process on behalf of *(name of organization)* Incorp Services, Inc on *(date)* 05/08/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/08/2025

*Server's signature*

Tim Rhoads   Legal Process Server
*Printed name and title*

Innovative Driven
824 N Market St, Ste 108
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| AlmondNet, Inc. and Intent IQ, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Viant Technology, Inc., Viant Technology LLC, and Lockr, Inc. <br><br> *Defendant(s)* | Civil Action No.   25-cv-566-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Viant Technology LLC
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   05/08/2025

/s/ *Joel Morales*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 25-cv-566-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Viant Technology LLC
was received by me on *(date)* 05/08/2025 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Grandison @ 10:40 a.m. , who is designated by law to accept service of process on behalf of *(name of organization)* Cogency Global Inc., 850 New Burton Road, Suite 201, Dover, DE 19904 on *(date)* 05/08/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 05/08/2025

*Server's signature*

Tina Irizarry - Process Server
*Printed name and title*

Parcels Inc.
1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| AlmondNet, Inc. and Intent IQ, LLC <br><br> *Plaintiff(s)* <br> v. <br><br> Viant Technology, Inc., Viant Technology LLC, and Lockr, Inc. <br><br> *Defendant(s)* | Civil Action No.  25-cv-566-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Viant Technology, Inc.
c/o Cogency Global Inc.
850 New Burton Road, Suite 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael J. Farnan
Farnan LLP
919 N. Market St., 12th Floor
Wilmington, Delaware 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: ___05/08/2025___        /s/ *Joel Morales*
                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   25-cv-566-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Viant Technology, Inc.
was received by me on *(date)* 03/08/2025.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Teresa Grandison @ 10:40 a.m., who is designated by law to accept service of process on behalf of *(name of organization)* Cogency Global, Inc. 850 New Burton Road, Suite 201, Dover, DE 19904 on *(date)* 05/08/2025 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 05/08/2025

*Server's signature*

Tina Irizarry- Process Server
*Printed name and title*

Parcels Inc.
1111B S. Governors Ave.
Dover, DE 19904
*Server's address*

Additional information regarding attempted service, etc: